# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:06-CV-01799-OWW-NEW(DLB)-PC |
| Plaintiff, | ORDER DENYING MOTION FOR MANDATORY SCHEDULING CONFERENCE |
| v. | |
| CHRIS CHRONES, et. al., | (Doc. 11) |
| Defendants. | |

James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on December 11, 2006. On June 15, 2007, plaintiff filed a motion for a mandatory scheduling conference.

Plaintiff is directed to review the First Informational Order issued by the court in this action on February 15, 2007. (Ct. Doc. 9). Because plaintiff is incarcerated and proceeds pro se, all pre-trial motions will be submitted to the court without a hearing. (Ct. Doc. 9 ¶ 8). Furthermore, the court is required to screen plaintiff's complaint before the complaint will be served on defendants. (Ct. Doc. 9 ¶ 12). In light of the fact that plaintiff's complaint has not been screened by the court, the motion for a scheduling conference is premature.

In addition, pursuant to Local Rules, this action is exempt from the requirement of a mandatory scheduling conference. Civil rights actions filed by prisoners proceeding pro se are excepted from the mandatory scheduling order requirement pursuant to Fed. R. Civ. P.16(b).

1  L. R. 16-240(c)(8).  Therefore, plaintiff's motion for a mandatory scheduling conference shall be
2  denied.
3      Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.
4  IT IS SO ORDERED.
5  Dated:   **July 2, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE