IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:06-cv-01799-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 20) |
| CHRIS CHRONES, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | AND DECLARATORY RELIEF |
| | (Docs. 14, 17) |

James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 11, 2008, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunctive relief and declaratory relief be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 11, 2008, are adopted in full; and
2. Plaintiff's motions for preliminary injunctive relief and declaratory relief, filed on November 14, 2006 and January 9, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:   May 30, 2008**                                  **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

2