1

2

3

4

5

6

7               **UNITED STATES DISTRICT COURT**

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   JAMES E. SMITH,                          1:06-cv-01799-OWW-GSA-PC

11               Plaintiff,                   ORDER VACATING FINDINGS AND
                                              RECOMMENDATIONS ISSUED JULY 14,
12        v.                                  2008
                                              (Doc. 25.)
13   CHRIS CHRONES, et al.,
                                              ORDER FOR CLERK TO SEND COMPLAINT
14               Defendants.                  FORM TO PLAINTIFF

15                                            ORDER FOR PLAINTIFF TO SUBMIT FIRST
                                              AMENDED COMPLAINT WITHIN THIRTY
16                                            DAYS

17   _____/

18        Plaintiff, James E. Smith ("plaintiff"), is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

20   December 11, 2006. (Doc. 1.) On April 11, 2008, the court dismissed plaintiff's complaint for failure

21   to state a claim, with leave to file a First Amended Complaint, or in the alternative, to notify the court

22   that he wishes to dismiss this action, within thirty days. (Doc. 19.) More than ninety days passed, and

23   plaintiff failed to file a First Amended Complaint or notify the court that he wishes to dismiss this

24   action. On July 14, 2008, the undersigned issued findings and recommendations to dismiss this action

25   for plaintiff's failure to obey the court's April 11, 2008 order.  (Doc. 25.) On July 21, 2008, plaintiff

26   filed objections.  (Doc. 27.)

27        In his objections, plaintiff argues that he responded to the court's April 11, 2008 order by

28   "submitting to the Court an amended complaint under Rule 15(d) Federal Rule of Civil Procedure."

                                              1

1    The court did not receive an amended complaint from plaintiff for this action.  Plaintiff was

2  advised in the court's April 11, 2008 order that if he chose to file an amended complaint, he must

3  "boldly and clearly entitle it 'First Amended Complaint' and refer to the case number 1:06-cv-01799-

4  OWW-GSA-PC.'"  The court received no such document.  However, in light of plaintiff's statement

5  indicating that he prepared and submitted an amended complaint, the court shall grant plaintiff thirty

6  days in which to file the First Amended Complaint.  To this end, the court shall vacate its findings

7  and recommendations.

8         Based on the foregoing, IT IS HEREBY ORDERED that:

9    1.    The court's findings and recommendations issued July 14, 2008, are VACATED in

10          their entirety;

11   2.    The Clerk is DIRECTED to send to plaintiff a section 1983 complaint form;

12   3.    Plaintiff is GRANTED thirty days from the date of service of this order in which to

13          file a First Amended Complaint;

14   4.    The amended complaint must be clearly and boldly entitled "FIRST AMENDED

15          COMPLAINT" and refer to case number 1:06-cv-01799-OWW-GSA-PC; and

16   5.    Plaintiff's failure to comply with this order will result in a recommendation that this

17          action be dismissed.

18

19    IT IS SO ORDERED.

20   **Dated:   August 3, 2008**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28