IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRIS CHRONES, et al., ) <br> ) <br> Defendants. ) <br> ) <br>_____) | 1:06-cv-01799-OWW-GSA-PC <br><br> FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO STATE A CLAIM <br><br> OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

On April 11, 2008, the court issued an order dismissing plaintiff's complaint, with leave to file a First Amended Complaint, or in the alternative, to notify the court in writing that he wishes to voluntarily dismiss this action, within thirty days. (Doc. 19.) More than three months passed, and plaintiff did not file a First Amended Complaint or notify the court in writing that he wished to dismiss this action. On July 14, 2008, the undersigned issued findings and recommendations to dismiss this action for plaintiff's failure to obey the court's April 11, 2008 order and for failure to state a claim. (Doc. 25.) On July 21, 2008, plaintiff filed objections. (Doc. 27.) In his objections, plaintiff argued that he had responded to the court's April 11, 2008 order by "submitting to the Court an amended complaint under Rule 15(d) Federal Rule of Civil Procedure." (Objections at p. 1.) The court received no such document. However, based on plaintiff's statement indicating that he had prepared and submitted an amended complaint, the

undersigned vacated the findings and recommendations and granted plaintiff thirty days in which to file a First Amended Complaint.  (Doc. 28.)  More than thirty days have passed, and plaintiff has not filed a First Amended Complaint or otherwise responded to the court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).


IT IS SO ORDERED.

**Dated:   September 22, 2008**                      **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE